

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SC:TYH
F.# 2002R01021
**beirne&davidsonsentltr4.wpd**

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 4, 2008

The Honorable John Gleeson
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Davidson and Beirne
              Criminal Docket No. 02-CR-681(S-1) and 04-CR-583

Dear Judge Gleeson:

      Enclosed please find proposed consent orders of forfeiture for defendants Lloyd Beirne and David Davidson.  Pursuant to the terms of their plea agreements, they each must pay $150,000 forfeiture, as follows: the first $50,000 installment on or before the date of sentencing, the second $50,000 installment no later than a year after completing any period of incarceration, and the last $50,000 no later than two years after completing any period of incarceration.

      Please review the proposed consent forfeiture orders and, if the Court's agrees, please sign them.

                      Respectfully submitted,

                      BENTON J. CAMPBELL
                      United States Attorney

          By:   *Tanya Y. Hill*
                TANYA Y. HILL
                Assistant U.S. Attorney

cc:    Martin P. Russo, Esq.
Nixon Peabody Attorneys at Law
437 Madison Avenue
New York, NY  10022-7001

R. Scott Davis, Esq.
City Place Building
204 North Robinson, 25th Floor
Oklahoma City, OK 73102

Michael K. Coran, Esq.
Counsel for Fiserv
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, Pennsylvania 19102