UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| -against- | Criminal Docket No. CR-02-0681 |
| ROBERT DENTON, | (Gleeson, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that the UNITED STATES OF AMERICA hereby appears in the above-entitled action by its undersigned attorney, and that the UNITED STATES OF AMERICA demands that copies of all papers in this action be served upon the undersigned at the postal and email address set forth below.

Dated: Brooklyn, New York
      July 28, 2009

                                        BENTON J. CAMPBELL
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                         By:    *s/Beth P. Schwartz*
                                      BETH P. SCHWARTZ
                                      Assistant U.S. Attorney
                                      (718) 254-6017
                                      beth.schwartz@usdoj.gov