*Writ & Instruction Issued*

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ JUL 29 2009 ★
B.H
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | CR-02-0681 (JG) |
| ) | |
| ROBERT DENTON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MERRILL LYNCH, ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor Robert Denton ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $305,100.00, plus interest, through July 28, 2009, entered in the United States v. ROBERT DENTON, CR-02-0681 (E.D.N.Y.).

The sum of $78,600.00 has been credited toward the judgment, leaving a total balance due of $242,097.33, plus interest, as of July 28, 2009.

Debtor's last known address is: 10228 NW 63rd Drive, Parkland, FL 33076.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and

Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

> Merrill Lynch
> 717 5th Avenue - 7th Fl.
> New York, NY 10022

Dated: Brooklyn, New York
       July 28, 2009

>                               BENTON J. CAMPBELL
>                               United States Attorney
>
>                               s/Beth P. Schwartz
>                               BETH P. SCHWARTZ
>                               Assistant U.S. Attorney
>                               (718) 254-6017