

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2009

By ECF and Interoffice Mail

Honorable John Gleeson
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Robert Denton, ,
                  Criminal Docket No. CR-02-0681 (EDNY)(JG)

Dear Judge Gleeson:

      By this letter, the United States respectfully advises the Court that the parties have concluded the settlement of the garnishment proceeding initiated by the United States against Robert Denton in July 2009. Accordingly, the United States respectfully submits a proposed order for termination of the garnishment proceeding for Your Honor's review and signature.

      Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        BENTON J. CAMPBELL
                                        United States Attorney

                    By:    *s/ Beth P. Schwartz*
                                        BETH P. SCHWARTZ
                                        Assistant U.S. Attorney
                                        (718) 254-6017

cc: By Telefax (561-630-8936) and ECF
    David J. Feingold, Esq.
    Feingold & Kam
    Attorneys for Defendant
    5100 PGA Boulevard, Second Floor
    Palm Beach Garden, Florida 33418

<u>By First Class Mail</u>
Merrill Lynch
717 5th Avenue - 7th Fl.
New York, NY 10022