```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,        )
                                 )    Criminal Docket No.
        v.                       )    CR-02-0681 (JG)
                                 )
ROBERT DENTON,                   )
                                 )
        Defendant,               )
                                 )
        and                      )
                                 )
MERRILL LYNCH,                   )
                                 )
        Garnishee.               )
```

ORDER OF TERMINATION OF WRIT OF GARNISHMENT

WHEREAS, the United States of America and the defendant, Robert Denton, have reached a settlement with respect to the issues which precipitated the filing of an Application of a Writ of Garnishment on July 28, 2009, and there is no need for the garnishment proceedings previously requested.

IT IS HEREBY ORDERED AND ADJUDGED THAT the instant garnishment proceeding is now terminated.

Dated: Brooklyn, New York
       October ____, 2009

                                        _____
                                        HONORABLE JOHN GLEESON
                                        UNITED STATES DISTRICT JUDGE